UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REGINALD DUNAHUE                                                                PLAINTIFF
ADC # 106911

V.                            No. 2:23-CV-165-JM-JTR

DEXTER PAYNE, Director, ADC;
SARAH SANDERS, Governor;
WILLIAM STRAUGHN, Deputy
Director, ADC; MOSES JACKSON,
Warden, Brickey's Unit, ADC;
CHRISTOPHER JOHNSON, Deputy
Warden, Brickey's Unit, ADC;
TYRONE ALLISON, Major, Brickey's
Unit, ADC; SHIRLEY BELL, Captain,
Brickey's Unit, ADC; MORIEON
KELLY, Lieutenant, Brickey's Unit,
ADC; LEAVY WATSON, Lieutenant,
Brickey's Unit, ADC; FRANKLIN
GRAHAM, Sergeant, Brickey's Unit,
ADC; T. WESTBROOK, Sergeant,
Brickey's Unit, ADC; MAURICE
CULCLAGER, Warden, Brickey's
Unit, ADC                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE